UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAMUEL MERROW,

           Plaintiff,

    v.

DEPARTMENT OF CORRECTIONS et al.,

           Defendants.

CASE NO. C11-5883-BHS-JRC

ORDER DENYING PENDING MOTIONS

This 42 U.S.C. § 1983 civil rights action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Plaintiff asks the Court for the release of discovery and for waiver of any fees he might owe for the production of documents under the State Public Disclosure Act. (ECF No. 3 and 5). Both motions are denied.

While plaintiff is proceeding in forma pauperis, this status does not waive the costs associated with litigation other than the filing fee. Plaintiff must pay for all other costs of litigation, including the cost of obtaining copies or using a state public disclosure law to obtain copies.

1    Dated this 20th day of December, 2011.

             /s/ J. Richard Creatura
             J. Richard Creatura
             United States Magistrate Judge