1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAMUEL MERROW,

          Plaintiff,

     v.

DEPARTMENT OF CORRECTIONS, et al.,

          Defendants.

Case No. C11-5883BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 11).

The Court has considered the R&R and the remaining record, and no objections to the R&R having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Plaintiff's complaint is **DISMISSED without prejudice**; and

(3)    This case shall be closed.

DATED this 5th day of April, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER